**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Annette Akinnola, | Civil No. 09-3491 (RHK/JSM) |
| Plaintiff, | **ORDER FOR JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Wal-Mart Stores, Inc., | |
|   Defendant and Third-Party Plaintiff, | |
| vs. | |
| United States Emergency Glass Service, Inc., | |
|   Third-Party Defendant and Fourth- Party Plaintiff, | |
| vs. | |
| Glass Technology, LLC, | |
|   Fourth-Party Defendant. | |

---

Based upon the Stipulation for Dismissal With Prejudice (Doc. No. 41) entered into by Plaintiff Annette Akinnola, Defendant and Third-Party Plaintiff Wal-Mart Stores, Inc., Third-Party Defendant and Fourth-Party Plaintiff United States Emergency Glass Service, Inc., and Fourth-Party Defendant Glass Technology, LLC, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 15, 2011              s/Richard H. Kyle
                                   RICHARD H. KYLE
                                   United States District Judge